PS 8B
(05/08)

July 21, 2017

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Peggy Ritchey                         **Dkt. No.:** 17CR1447-WQH-3

**Name of Judicial Officer:** The Honorable William Q. Hayes, U.S. District Judge

**Date Conditions Were Ordered:** June 29, 2017, before the Honorable Barbara Lynn Major, U.S. Magistrate Judge

**Conditions of Release:** *Standard Conditions:* Not commit a federal, state, or local crime during the period of release, make all court appearances; travel restricted to the Southern and Central Districts of California; do not enter Mexico; report to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or controlled substance as defined in 21 USC Section 802, without a lawful medical prescription; not possess any firearm, dangerous weapon or destructive device during the pendency of the case; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form; provide a current residence address and phone number prior to release and keep it current while case is pending; *Additional Conditions*: Actively seek and maintain full-time employment, schooling, or a combination of both; reside at a residence approved by PSA; surrender any valid passport and may not apply for new travel documents.

**Modification:** None.

**Date Released on Bond:** July 10, 2017

**Charged Offense:** 21:841(a)(1) and 846; 21:853 - Conspiracy to Distribute Methamphetamine. Criminal Forfeiture

**Next Court Hearing:** July 31, 2017, for motion hearing/trial setting

**Asst. U.S. Atty.:** Jarad Hodes                            **Defense Counsel**: Keith Rutman(appointed)
                  (619) 546-7432                                              (619) 237-9072

**Prior Violation History:** None.

PS 8B
(05/08)

**Name of Defendant:** Peggy Ritchey  July 21, 2017
**Docket No.:** 17CR1447-WQH-3  Page 2

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT'S CONDITIONS OF RELEASE MODIFIED TO INCLUDE THE DEFENDANT SUBMIT TO TREATMENT AND/OR TESTING, AT THE DISCRETION OF PRETRIAL SERVICES, FOR DRUGS.

### CAUSE

On July 18, 2017, during the Post Release Intake Interview conducted by the undersigned, the defendant acknowledged a history of methamphetamine and marijuana use "off and on" from approximately 1987 until 2005. The defendant advised in 2005 she got clean, and stayed clean for ten years. She then resumed the use of methamphetamine and marijuana several times weekly in October 2016 until the date of her arrest for the instant offense (June 19, 2017). The defendant advised she is not opposed to a modification for drug testing and/or treatment and stated she would in fact benefit from substance abuse treatment. It is noted that information regarding the defendant's history of use of illicit substances was unknown at the time of her initial appearance before the Honorable Barbara Lynn Major, U.S. Magistrate Judge.

On July 21, 2017, the undersigned spoke with surety Michael Halverson, who advised he is not opposed to the requested modification.

On July 21, 2017, the undersigned exchanged email correspondence with defense counsel Keith Rutman, who advised he is not opposed to the requested modification.

On July 21, 2017, the undersigned exchanged email correspondence with Assistant U.S. Attorney Jarad Hodes, who advised he is not opposed to the requested modification.

PS 8B
(05/08)

**Name of Defendant:** Peggy Ritchey  
**Docket No.:** 17CR1447-WQH-3

July 21, 2017  
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** July 21, 2017

Respectfully submitted:

by _____  
Amber Michaelis  
United States Pretrial Services Officer  
(619) 446-3745  
Place: San Diego, California

Reviewed and approved:

_____  
Anthony Ortiz  
Supervising U.S. Pretrial Services Officer

**THE COURT ORDERS:**

___✓___ **AGREE**, the defendant's conditions of release are modified to include the defendant submit to treatment and/or testing, at the discretion of Pretrial Services, for drugs.

_____ Other _____

_____

_____  
The Honorable William Q. Hayes  
U.S. District Judge

7/24/17  
Date