**DEFENDANT'S SENTENCING SUMMARY CHART**
**SENTENCING DATE: 5/7/18 @ 9:00 a.m.**

Defendant's Name: PEGGY RITCHEY          Docket No. 17-CR-1447-WQH

Guideline Manual Used: November 1, 2016          Agree with USPO Calc: No

Base Offense Level: U.S.S.G. § 2D1.1(a)(5)(1.5 kg of
    methamphetamine) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Specific Offense Characteristics:
    safety valve U.S.S.G. § 2D1.1(b)(17) & 5C1.2 . . . . . . . . . . . . . . . . . . . -2

Victim Related Adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0

Adjustment for Role in the Offense: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0

Adjustment for Obstruction of Justice: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0

Adjustment for Reckless Endangerment During Flight: . . . . . . . . . . . . . . . . . 0

Adjusted Offense Level: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

__ Combined (Mulled. Counts)   __ Career Off.   __ Armed Career Crim.

Adjustment for Acceptance of Responsibility: . . . . . . . . . . . . . . . . . . . . . . . -3

Total Offense Level: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Criminal History Score: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Criminal History Category: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I

      __ Career Offender   __ Armed Career Criminal

Guideline Range: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . from 135-168 months

Range limited by:   __ 5 yr minimum mand.   __ statutory maximum . . . . . . . . .

Departures:
      Totality Of The Circumstances <u>U.S. v. Cook</u>, 938 F.2d 149
      (9th Cir. 1991)(see sentencing memo) . . . . . . . . . . . . . . . . . . . . . . . . . . . -3

Resulting Guideline Range (at AOL 28, Level I): . . . . . . . . . . from 78-97 months

**Defense recommendation: A variance under 18 U.S.C. § 3553(a) to a 48 month sentence followed by 5 years supervised release, no fine and a $100 Penalty Assessment.**

**Specific requests: A self-surrender date (unopposed) and a recommendation for a designation to a medical unit that can provide continuity of care (Buprenorphine therapy).**

### CERTIFICATE OF SERVICE

I certify that on April 30, 2018 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: April 30, 2018                      s/ Keith H. Rutman
                                                    KEITH H. RUTMAN
                                                    Attorney for Defendant
                                                    Email: krutman@krutmanlaw.com